**Order entered September 4, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00830-CR

### EX PARTE JOSE AMAYA

**On Appeal from the 265th Judicial District Court
Dallas County, Texas
Trial Court Cause No. WX11-90031-R**

## ORDER

The Court has received a lose copy of the trial court's June 26, 2012 order denying appellant's application for writ of habeas corpus. However, the clerk's record filed in this appeal does not contain a copy of the June 26, 2012 order or the trial court's certification of appellant's right to appeal.

Accordingly, we **ORDER** the trial court to prepare a certification of appellant's right to appeal. *See* TEX. CODE CRIM. P. ANN. art. 11.072, § 8 (appeal of order denying habeas corpus relief); TEX. R. APP. P. 25.2(a)(2) (certification to prepared when trial court enters appealable order).

We **ORDER** the Dallas County District Clerk to file, by **SEPTEMBER 10, 2013**, a supplemental record containing both the June 26, 2012 order denying appellant's application for writ of habeas corpus and the trial court's certification of appellant's right to appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Mark Stoltz, Presiding Judge, 265th Judicial District Court; Gary Fitzsimmons, Dallas County District Clerk; Dallas County District Clerk's Office, Criminal Records Division; and counsel for all parties.

/s/    DAVID L. BRIDGES
        PRESIDING JUSTICE